**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian Lee COX, Defendant–Appellant.**

Nos. 08–10571, 08–10572.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Oct. 28, 2009.

John Robert Lopez, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Tyrone Mitchell, Esquire, Tyrone Mitchell, P.C., Phoenix, AZ, for Defendant-Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Brian Lee Cox appeals from the consecutive 24–month sentences imposed following revocation of the concurrent terms of supervised release he was serving following guilty-plea convictions for bank robbery and escape. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cox contends that the district court erred by imposing a sentence at the statutory maximum, well above the advisory Guidelines range, without sufficient consideration of the 18 U.S.C. § 3553(a) factors. He also contends that his sentence is substantively unreasonable. The record reflects that the district court's explanation for imposing the sentence was sufficient, and that Cox's sentence is reasonable. *See Gall v. United States*, 552 U.S. 38, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007);

*see also United States v. Simtob*, 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

